UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN LEON, et al., | No. 1:21-cv-01013-DAD-HBK |
| Plaintiffs, | |
| v. | ORDER GRANTING PARTIES' STIPULATION TO REMAND ACTION TO STATE COURT |
| CALAVERAS MATERIALS, INC., et al., | |
| Defendants. | (Doc. No. 14) |

On May 27, 2022, the parties in this action filed a stipulation to remand this case to state court. (Doc. No. 14.) Having reviewed and considered the stipulation seeking an order remanding this Class Action case to the Kings County Superior Court, and finding good cause therefore, the court hereby grants the parties' stipulation. Pursuant to that stipulation, this case is hereby remanded to the Kings County Superior Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 9, 2022**

UNITED STATES DISTRICT JUDGE

1